COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

| | |
|---|---|
| DEFT: Yiannis Diasynos (J)# | CASE NO: 00-4232-BSS |
| AUSA: Bruce Brown  *present* | ATTNY: Steve Goldstein (*temp*) |
| AGENT: | VIOL: 18:1542 |
| PROCEEDING: Initial Appearance | BOND REC: PTD |
| BOND HEARING HELD - yes/no | COUNSEL APPOINTED: |
| ___ BOND SET @ | |
| CO-SIGNATURES: | 00:4 |
| SPECIAL CONDITIONS: | A - advised of charges |

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services: ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | 10-11-00 | 10:30 | SNOW |
| PTD/BOND HEARING: | 10-11-00 | 10:30 | SNOW |
| PRELIM/ARRAIGN. OR REMOVAL: XXXXXXXXX | 10-13-00 | 11:00am | Snow |
| STATUS CONFERENCE: | | | |

DATE: 10-4-00    TIME: 11:00am    TAPE # 00-1078    PG #
390