UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55485-004

UNITED STATES OF AMERICA )
               Plaintiff ) Case Number: CR_____
                      ) REPORT COMMENCING CRIMINAL
   -vs-                )       ACTION

Diasynos, Yionnis
         Defendant

****************************************************

TO: Clerk's Office   MIAMI   FT. LAUDERDALE   W. PALM BEACH
    U.S. District Court      (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

****************************************************

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 10/3/00    1:00 am/pm

(2) Language Spoken: English

(3) Offense(s) Charged: Passport Fraud

(4) U.S. Citizen [ ] Yes [ ] No [ ] Unknown

(5) Date of Birth: 5/23/57

(6) Type of Charging Document: (check one)
    [ ] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: _____

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES [✓] NO

Amount of Bond: $ PTD
Who set Bond: _____

(7) Remarks: Probable cause arrest

(8) Date: 10/3/00  (9) Arresting Officer: Martin O'Toole

(10) Agency: DOS    (11) Phone: (305) 536-5781

(12) Comments: _____