**COURT MINUTES**

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT:    YIANNIS DIASYNOS (J) #55485-004          CASE NO:    00-4232-BSS

AUSA:    BRUCE BROWN — *pres*                    ATTY:    STAN RISKIN, ESQ. / *Steve Holdster*

AGENT:                                           VIOL:

PROCEEDING:  PTD / INQUIRY RE COUNSEL            RECOMMENDED BOND:    PTD *w/drawn*

BOND HEARING HELD - yes (no)                     COUNSEL APPOINTED:

BOND SET @:   25,000  CSB                         To be cosigned by:
              W/ Nebbia
❑    Do not violate any law.   *stipulated*

❑    Appear in court as directed.                *Deft may be released*

❑    Surrender and / or do not obtain passports / travel   *when govt is satisfied*
     documents.                                   *w/ Nebbia.*

☑    Rpt to PTS as directed / or _____ x`s a week/month
     by phone; _____ x`s a week/month in person.

❑    Random urine testing by Pretrial Services. _____
     Treatment as deemed necessary.

❑    Maintain or seek full - time employment.

❑    No contact with victims / witnesses.

❑    No firearms.

❑    Curfew: _____.

❑    Travel extended to: _____.

❑    Halfway House _____.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE:   10-11-00    TIME:   10:30    FTL/LSS TAPE # 00 -  051    Begin:  432    End:  637