BB:as

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE N**00-6302**
18 U.S.C. § 1542

**CR - FERGUSON**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | MAGISTRATE JUDGE |
| v. ) | SNOW |
| ) | |
| YIANNIS DIASYNOS, ) | |
| a/k/a, "John D. Diasynos," ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### INDICTMENT

The Grand Jury charges that:

On or about January 21, 2000, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**YIANNIS DIASYNOS,**

did knowingly and willfully make a false statement in an application for a passport with intent to induce and secure, for his own use, the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed



pursuant to such laws, in that in such application the defendant stated his place of birth was New York, which statement he knew to be false, in violation of Title 18, United States Code, Section 1542.

A TRUE BILL

_Leonard Poth_
FOREPERSON

_[signature]_
GUY A. LEWIS
UNITED STATES ATTORNEY

_[signature]_
BRUCE O. BROWN
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA        CASE NO. _____

v.

**YIANNIS DIASYNOS**               **CERTIFICATE OF TRIAL ATTORNEY***
a/k/a John Diasynos
_____

**Court Division**: (Select One)

**Superseding Case Information**:
New Defendant(s)      Yes ____   No ____
Number of New Defendants   ____
Total number of counts     ____

___  Miami  ___ Key West
_X_  FTL    ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) _NO_
   List language and/or dialect  _English_

4. This case will take _2_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                         (Check only one)

   I    0 to 5 days       _X_      Petty       ___
   II   6 to 10 days      ___      Minor       ___
   III  11 to 20 days     ___      Misdem.     ___
   IV   21 to 60 days     ___      Felony      _X_
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) __Yes__
   If yes:
   Magistrate Case No.  _00-4232-BSS_
   Related Miscellaneous numbers:_____
   Defendant(s) in federal custody as of _10/3/00_
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) ___No___

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

                                            _____
                                            BRUCE O. BROWN
                                            ASSISTANT UNITED STATES ATTORNEY
                                            Florida Bar No. 999490

*Penalty Sheet(s) attached

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: **YIANNIS DIASYNOS a/k/a John D. Diasynos**  No.: _____

Count # 1:

False Statement in Application; in violation of 18 U.S.C. § 1542

*Max Penalty: 10 years' imprisonment; $ 250,000 fine

Count #:

*Max Penalty:

Count #:

*Max Penalty:

Count #:

*Max Penalty:

Count # :

*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96