UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _00-6302-CR-FERGUSON_

UNITED STATES OF AMERICA,       :

v.                              :         **NOTICE OF PERMANENT**
                                          **APPEARANCE AS COUNSEL**
YANNIS DIASYNOS                 :              **OF RECORD**

                                :

COMES NOW _STEPHEN J. GOLDSTEIN_, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: _10/13/00_            STEPHEN J. GOLDSTEIN
                             Attorney _____
                             Address _1111 Kane Concourse, STE 616_
                             City _Bay Harbour Isl_ State _FL_ Zip _33154_
                             Telephone _305-864-9934_
                             Florida Bar No. _144898_
                             Fax No. _305-866-3159_

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

_____