COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Yiannis Diasynos (no deft)     CASE NO: 00-6302-cR-Ferguson
AUSA: Bruce Brown /Vice              ATTNY: Steve Goldstein not present
AGENT: _____                 VIOL: _____
PROCEEDING: Status Conference        BOND REC: _____
BOND HEARING HELD - yes/no           COUNSEL APPOINTED: _____
___ BOND SET @ _____
CO-SIGNATURES: _____
SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House
    ___ Electronic Monitoring

Discovery out
no mots.
Gov't ready
2-3 days to try

NEXT COURT APPEARANCE:    DATE: ___    TIME: ___    JUDGE: ___
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____
DATE: 11-3-00    TIME: 11:00am    TAPE # 00-089    PG # 3
2830-2850