UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6302-CR-FERGUSON

UNITED STATES OF AMERICA,

VS.

YIANNIS DIASYNOS,

        Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on November 3, 2000. At that conference, the parties informed the Court as follows:

1. The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending. The Government further represented that it is ready to proceed and that this matter will require two to three days to try.

2. Defense counsel did not appear at the status conference.

DATED at Fort Lauderdale, Florida this 3RD day of November 2000.

BARRY S. SELTZER
United States Magistrate Judge

1

Copies to:

Honorable Wilkie D. Ferguson, Jr.
United States District Judge

Bruce Brown, Esquire
Assistant United States Attorney

Stephen J. Goldstein, Esquire
1111 Kane Concourse, Suite 616
Bay Harbor Islands, Florida 33156
Attorney for Defendant