UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

                Plaintiff,

CASE NO.: 00-6302-CR-FERGUSON

vs.

YANNIS DIASYNOS,

                Defendant.
_____/

**NIGHT BOX FILED**

FEB - 7 2001

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### DEFENDANT'S MOTION TO CONTINUE SENTENCING DATE

COMES NOW the Defendant, Yannis Diasynos, by and through his undersigned counsel and moves this Honorable Court to continue the sentencing date and states as follows:

1. The Defendant entered his plea of guilty to the charges pursuant to a Plea Agreement on December 5, 2000.

2. The sentencing of the defendant is currently set of February 9, 2001 at 9:00 A.M.

3. Due to a misunderstanding with the defendant, the defendant failed to report to the probation department to begin the pre-sentence interview process. As a result, the PSI is not prepared for the sentencing date.

4. The defendant is not in custody and the government has no objection to this request.

5. It is not anticipated that the PSI will be completed prior to mid-March.

WHEREFORE the defendant prays this Honorable Court grant the above and foregoing motion.

                                          Respectfully submitted,

                                          Stephen J. Goldstein, Esq.
                                          Attorney for Defendant
                                          1111 Kane Concourse, Ste. 616

Bay Harbor Islands, Florida 33154
Tel: (305) 864-9934
Fla. Bar No.: 144898

*Stephen J. Goldstein*, Esq.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by mail this 7th day of February, 2001 to: Bruce Brown, Esq., Assistant United States Attorney, 500 East Broward Boulevard, Suite 700, Ft. Lauderdale, Florida 33394                              .

*Stephen J. Goldstein*, Esq.