UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

        Plaintiff,

CASE NO.: 00-6302-CR-FERGUSON

vs.

YANNIS DIASYNOS.

        Defendant.

_____/

## DEFENDANT'S REQUESTED AMENDMENTS TO PSI

COMES NOW the Defendant, Yannis Diasynos, by and through his undersigned counsel and files these requested amendments to the pre-sentence investigation report and states as follows:

1. Page 2 "Dependents": Defendant has four (4) dependents, a wife and three (3) children.

2. At paragraph 22 on page 6: The defendant states that he was acquitted of the charges reflected in this paragraph.

3. At paragraph 51 on page 15: The defendant's residence was in Garden City, New York, not New Jersey.

        Respectfully submitted,

        Stephen J. Goldstein, Esq.
        Attorney for Defendant
        1111 Kane Concourse, Ste. 616
        Bay Harbor Islands, Florida 33154
        Tel: (305) 864-9934
        Fla. Bar No.: 144898

        _____
        Stephen J. Goldstein, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by mail

**NON-COMPLIANCE OF S.D. fla. L.R. 5/1/B/1**

STEPHEN J. GOLDSTEIN, ESQ.

this 23rd day of March, 2001 to: Bruce Brown, Esq., Assistant United States Attorney, 500 East Broward Boulevard, Suite 700, Ft. Lauderdale, Florida 33394; Edward L. Cooley, U.S. Probation Officer; Federal Courthouse Building; 299 E. Broward Boulevard; Room 409; Ft. Lauderdale, Florida 33301-1865.

Stephen J. Goldstein, Esq.