SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ___
APR 13 2001

CASE # 00-6302-CR-WDF

DEFENDANT Yannis Drasynos    JUDGE  WILKIE D. FERGUSON

Deputy Clerk  TROY T. WALKER    DATE April 13, 2001

Court Reporter  Carl Schanzleh  ~~Paul Haferling~~    USPO  Cid Cooley

AUSA  Bruce O. Brown    Deft's Counsel  S. Goldstein

COUNTS DISMISSED ___All Others___
___ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

___ Sentencing cont'd until ___/___/___ at _____ AM / PM

### JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Supervised Release _____

| Probation | Years 3 | Months | Counts 1 |
|---|---|---|---|

Comments  See J/C for details

Right to appeal.

Assessment $ 100.00       Fine $ none

Restitution /Other _____

CUSTODY
___ Remanded to the Custody of the U. S. Marshal Service ___ Release on bond pending appeal

___ Voluntary Surrender to (designated institution or U. S. Marshal Service) on ___/___/___

Commitment Recommendation: _____

22